# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CHRISTOPHER VIGLIOTTI,**

    **Plaintiff,**

**v.**                                           Case No. 4:23-cv-199-AW-MAF

**SECRETARY RICKY DIXON, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's July 11, 2023 report and recommendation, ECF No. 4, to which there has been no objection. I agree with the magistrate judge, and I adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order."

The clerk will then close the file.

SO ORDERED on August 10, 2023.

                                                        s/ *Allen Winsor*
                                                        United States District Judge